# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHARLES L. BURTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON COUNTY SHERIFF DEPARTMENT, WASHINGTON COUNTY SHERIFF SCHULTEIS, WASHINGTON COUNTY JAIL, WASHINGTON JAIL STAFF, CAPTAIN LEHMAN, and LIEUTENANT MILLER, <br><br> Defendants. | Case No. 19-CV-408-JPS <br><br><br> **ORDER** |
| CHARLES L. BURTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> WASHINTON COUNTY SHERIFF DEPARTMENT, WASHINGTON COUNTY SHERIFF SCHULTEIS, WASHINGTON COUNTY JAIL, WASHINGTON JAIL STAFF, CAPTAIN LEHMAN, and LIEUTENANT MILLER, <br><br> Defendants. | Case No. 19-CV-409-JPS <br><br><br> **ORDER** |

|  |  |
|---|---|
| CHARLES L. BURTON, JR.,<br><br>                    Plaintiff,<br><br>v.<br><br>DETECTIVE VICKNEY and WEST BEND POLICE DEPARTMENT,<br><br>                    Defendants. | Case No. 19-CV-542-JPS<br><br><br>**ORDER** |

Plaintiff, a prisoner proceeding *pro se*, has filed three complaints in the above-captioned cases alleging that his constitutional rights were violated. (19-CV-408, Docket #1; 19-CV-409, Docket #1; 19-CV-542, Docket #1). The cases were originally assigned to Magistrate Judge David E. Jones. On June 13, 2019, Magistrate Jones ordered Plaintiff to pay an initial partial filing fee of $72.10 in each of his cases, pursuant to 28 U.S.C. § 1915(b)(1), no later than July 12, 2019. *See* (19-CV-542, Docket #11).[1] In his orders, Magistrate Jones cautioned that failure to pay the filing fee or otherwise respond would result in dismissal of this action without prejudice. *Id.* at 3– 4. The July 12, 2019 deadline has come and gone, and, to date, Plaintiff has neither paid the initial partial filing fee nor communicated with the Court in any of the three cases. Because he has not complied with Magistrate Jones' order, these actions will be dismissed without prejudice for Plaintiff's failure to prosecute. Civ. L.R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

---

[1] An identical order with an identical caption sheet was filed in all three cases. *See* (19-CV-408, Docket #13; 19-CV-409, Docket #13). For citation ease, the Court refers only to the order filed in 19-CV-542, with the understanding that it applies to all three cases.

Accordingly,

**IT IS ORDERED** that these actions be and the same are hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 29th day of July, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge